# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No. 8:23-cv-1787-KKM-AEP

WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,

      Plaintiff,

v.

EVERGLADES COLLEGE, INC. d/b/a KEISER UNIVERSITY,

      Defendant.

_____/

## NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

PLEASE TAKE NOTICE that in accordance with the October 4, 2023 Order Granting Motion to Appear *Pro Hac Vice*, and pursuant to Local Rule 2.01(c)(5), Harrison Brown has paid the $150.00 special admission fee to the Clerk of the United States District Court for the Middle District of Florida and registered with the Middle District of Florida's CM/ECF system.

Dated: October 13, 2023

Respectfully submitted,

*/s/Harrison Brown*
Harrison Brown, Esq.
Admitted *Pro Hac Vice*
**BLANK ROME LLP**
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel.: 424.239.3400
Fax: 424.239.3434
Harrison.Brown@BlankRome.com

163415-00603/133363147

Michael R. Esposito, Esq.
Florida Bar No. 37457
**BLANK ROME LLP**
100 S. Ashley Drive, Ste. 600
Tampa, FL 33602
Tel.: 813.255.2324
Fax: 813.576.8720
Michael.Esposito@BlankRome.com

*Counsel for Defendant Everglades College Inc. d/b/a Keiser University*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 13, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system.

<u>*/s/Harrison Brown*</u>
Harrison Brown

133363147