# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,

      Plaintiff,

v.

EVERGLADES COLLEGE, INC. d/b/a KEISER UNIVERSITY,

      Defendant.
_____/

Case No. 8:23-cv-1787-KKM-AEP

## NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

PLEASE TAKE NOTICE that in accordance with the October 4, 2023 Order Granting Motion to Appear *Pro Hac Vice*, and pursuant to Local Rule 2.01(c)(5), Anahit (Ana) Tagvoryan has paid the $150.00 special admission fee to the Clerk of the United States District Court for the Middle District of Florida and registered with the Middle District of Florida's CM/ECF system.

Dated: October 13, 2023

Respectfully submitted,

*/s/Ana Tagvoryan*
Ana Tagvoryan, Esq.
Admitted *Pro Hac Vice*
**BLANK ROME LLP**
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel.: 424.239.3400
Fax: 424.239.3434
Ana.Tagvoryan@BlankRome.com

163415-00603/133337050

>Michael R. Esposito, Esq.
>Florida Bar No. 37457
>**BLANK ROME LLP**
>100 S. Ashley Drive, Ste. 600
>Tampa, FL 33602
>Tel.: 813.255.2324
>Fax: 813.576.8720
>Michael.Esposito@BlankRome.com
>
>*Counsel for Defendant Everglades College Inc. d/b/a Keiser University*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>*/s/Ana Tagvoryan*
>Ana Tagvoryan

133337050