# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGLADES COLLEGE, INC. D/B/A/ KEISER UNIVERSITY,<br><br>Defendant. | Case No. 8:23-cv-01787-KKM-AEP |

**JOINT STIPULATION TO STRIKE CERTAIN PARAGRAPHS, DISMISS COUNT II (NEGLIGENT AND WILLFUL VIOLATIONS OF THE TCPA, 47 U.S.C. § 227(C)(5)) OF FIRST AMENDED CLASS ACTION COMPLAINT AND ENLARGE DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

COMES NOW, Plaintiff William Johnson Moffet ("Moffet" or "Plaintiff") and Defendant Everglades College, Inc. d/b/a Keiser University ("Keiser" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsels, and hereby jointly stipulate to the following:

1.     Paragraph 50 of Plaintiff's First Amended Class Action Complaint ("Amended Complaint") (Dkt. No. 24) is hereby stricken.

2.     The TCPA DNC Class definition in paragraph 57 of the Amended Complaint is hereby stricken.

3.     Count II of the Amended Complaint, which is entitled Negligent and Willful Violations of the TCPA, 47 U.S.C. § 227(c)(5), is hereby dismissed with prejudice as to Plaintiff's individual claims.

133663006

4.      Defendant shall file a response to the First Amended Class Action Complaint on or before December 20, 2023.

Dated: December 4, 2023.

| **KAZEROUNI LAW GROUP, APC**<br><br>*/s/Ryan L. McBride*<br>Ryan L. McBride<br>301 E. Bethany Home Road, Ste. C-195<br>Phoenix, AZ 85012<br>Telephone: (800) 400-6808<br>Email: ryan@kazlg.com<br><br>Mohammad Kazerouni<br>KAZEROUNI LAW GROUP, APC<br>245 Fisher Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Email: mike@kazlg.com<br><br>*Attorneys for Plaintiffs* | BLANK ROME LLP<br><br>*/s/Michael R. Esposito*<br>Michael Esposito (Fla. Bar No. 37457)<br>michael.esposito@blankrome.com<br>100 S. Ashely Drive, Suite 600<br>Tampa, FL 33602<br>Telephone:   813.255.2300<br>Facsimile:   813.830.7444<br><br>BLANK ROME LLP<br>Ana Tagvoryan (admitted *pro hac vice*)<br>ana.tagvoryan@blankrome.com<br>Harrison Brown (admitted *pro hac vice*)<br>harrison.brown@blankrome.com<br>2029 Century Park East | 6th Floor<br>Los Angeles, CA 90067<br>Telephone:   424.239.3400<br>Facsimile:   424.239.3434<br><br>COLE, SCOTT & KISSANE, P.A.<br>Justin Sorel (Fla. Bar No. 0016256)<br>justin.sorel@csklegal.com<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Telephone:   561.383.9200<br>Facsimile:   561.383.9200<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By: */s/Michael R. Esposito*
    Michael R. Esposito