## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>EVERGLADES COLLEGE, INC. D/B/A/ KEISER UNIVERSITY,<br><br>            Defendant. | Case No. 8:23-cv-01787-KKM-AEP |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

COMES NOW Defendant Everglades College, Inc. d/b/a Keiser University ("Keiser" or "Defendant") and hereby gives notice of the following supplemental authority in support of Defendant's Motion to Dismiss or Strike the First Amended Class Action Complaint (D.E. 32): *Maria Fernanda Soto Leigue, individually and on behalf of all others similarly situated v. Everglades College, Inc. d/b/a Keiser University*, No. 2022-008872-CA-01 (Fla. 11th Cir. Ct. January 3, 2024) ("[I]n the FTSA, at Fla. Stat. § 501.059(9)(a), the Legislature contemplated that in an enforcement action the State could seek a penalty 'for each violation' yet excluded the 'for each violation' language [i]n section (10)(a). Numerous other parts of Chapter 501 and the rest of the Florida Statutes contain provisions awarding a penalty or damages on a 'per violation' basis. But, in subsection (10)(a) of the

134136674

FTSA, the Legislature did not include the 'for each violation' language. Basic principles of statutory construction hold that '[w]here the legislature has used a term in one section of a statute but omitted the term in another section, the court [may] not read the term into the sections where it was omitted.' *Sunshine Towing, Inc. v. Fonseca*, 933 So. 2d 594, 595 (Fla. 1st DCA 2006). Accordingly, the Court grants judgment on the pleadings in favor of Defendant as to Plaintiff's claim that Plaintiff is entitled to recover multiple statutory penalties."). A copy of the Order is attached hereto as **Exhibit A**.

DATED: January 9, 2024        By: */s/Michael R. Esposito*
BLANK ROME LLP
Michael R. Esposito (Fla. Bar No. 37457)
michael.esposito@blankrome.com
100 S. Ashely Drive, Suite 600
Tampa, FL 33602
Telephone:   813.255.2300
Facsimile:    813.830.7444

Ana Tagvoryan (admitted *pro hac vice*)
ana.tagvoryan@blankrome.com
Harrison Brown (admitted *pro hac vice*)
harrison.brown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

COLE, SCOTT & KISSANE, P.A.
Justin Sorel (Fla. Bar No. 0016256)
justin.sorel@csklegal.com
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone:   561.383.9200
Facsimile:    561.383.9200

*Attorneys for Defendant*
*EVERGLADES COLLEGE, INC.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                     By: */s/Michael R. Esposito*
                                            Michael R. Esposito

134136674