# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:23-cv-1787-KKM-AEP | DATE: | January 23, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **WILLIAM JOHNSON MOFFET**<br><br>Plaintiff,<br><br>v.<br><br>**EVERGLADES COLLEGE, INC.**<br><br>Defendant | | **PLAINTIFF'S COUNSEL**<br>Ryan McBride | |
| | | **DEFENDANT'S COUNSEL**<br>Ana Tagvoryan, Michael Esposito | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:06 to 10:45   **TOTAL:** 39 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   ZOOM – MOTION HEARING

MOTION to Dismiss Plaintiff's First Amended Complaint and Incorporated Memorandum of Law by Everglades College, Inc. (dkt #32).   Response dkt #34.   Notice of supplemental authority dkt #35.

Oral argument heard.

Matter has been taken under advisement.