# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>EVERGLADES COLLEGE, INC. D/B/A KEISER UNIVERSITY,<br><br>Defendant. | Case No. 8:23-cv-01787-KKM-AEP |

## NOTICE OF DATE AND TIME OF MEDIATION

Pursuant to the Court's Order entered by Hon. Judge Kathryn Kimball Mizelle on February 07, 2024, (Dkt. 41) Plaintiff William Johnson Moffet hereby gives notice that the parties in the above-captioned action have selected a date and time for mediation. The mediation will take place on August 06, 2024 at 9:00 AM with the mediator, John W. Salmon via zoom videoconference.

DATED:  February 8, 2024          Respectfully submitted,

By: /S/ RYAN L. MCBRIDE
RYAN L. MCBRIDE, ESQ.


Ryan L. McBride
Florida State Bar No.1010101
**Kazerouni Law Group, APC**
301 E. Bethany Home Road
Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com
Attorney for Plaintiff
WILLIAM JOHNSON MOFFET