UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM JOHNSON MOFFET, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERGLADES COLLEGE, INC. D/B/A/ KEISER UNIVERSITY,<br><br>    Defendant. | Case No. 8:23-cv-01787-KKM-AEP<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND THE CLASS CERTIFICATION DEADLINE** |

Plaintiff William Johnson Moffet ("Moffet" or "Plaintiff") and Defendant Everglades College, Inc. d/b/a Keiser University ("Keiser" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsels, hereby jointly stipulate and request the Court to extend the deadline for class certification until August 30, 2024. The current deadline is February 23, 2024.

On January 23, 2024 this Court heard Defendant's Motion to Dismiss. As of this date, the Court has not yet ruled on the motion. As neither party knows the outcome of the motion, it is difficult to know the scope of the case, and thus what should be pursued through discovery. The extension of the deadline for class certification would promote and facilitate a complete discovery and allow the

133663006

Parties time to determine the viability of certain class action avenues – including, but not limited to, the scope of potential class groups.

Accordingly, both parties have requested that the deadline for class certification be extended to allow for a more efficient and encompassing discovery process. Additionally, the current deadline for expert disclosure deadline is not until April 2024 and the fact discovery deadline is not until July 24, 2024. In this case, it makes sense to have the class certification deadline after discovery has been completed, especially since the pleadings have not been set. The Parties do not request to move any additional deadlines. This stipulation is made in good faith and not for the purposes of delay.

Dated: February 21, 2024.

133663006

| **KAZEROUNI LAW GROUP, APC**<br><br>*/s/Ryan L. McBride*<br>Ryan L. McBride<br>Florida State Bar No. 1010101<br>301 E. Bethany Home Road, Ste. C-195<br>Phoenix, AZ 85012<br>Telephone: (800) 400-6808<br>Email: ryan@kazlg.com<br><br><br>*Attorneys for Plaintiff* | **BLANK ROME LLP**<br><br>*/s/* Michael Esposito<br>Michael Esposito (Fla. Bar No. 37457)<br>michael.esposito@blankrome.com<br>100 S. Ashely Drive, Suite 600<br>Tampa, FL 33602<br>Telephone:   813.255.2300<br>Facsimile:    813.830.7444<br><br>BLANK ROME LLP<br>Ana Tagvoryan (admitted *pro hac vice*)<br>ana.tagvoryan@blankrome.com<br>Harrison Brown (admitted *pro hac vice*)<br>harrison.brown@blankrome.com<br>2029 Century Park East | 6th Floor<br>Los Angeles, CA 90067<br>Telephone:   424.239.3400<br>Facsimile:    424.239.3434<br><br>COLE, SCOTT & KISSANE, P.A.<br>Justin Sorel (Fla. Bar No. 0016256)<br>justin.sorel@csklegal.com<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Telephone:   561.383.9200<br>Facsimile:    561.383.9200<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

      By: */s/Ryan L. McBride*
        Ryan L. McBride

133663006